AUGUSTUS A. LEVEY, as Trustee, etc., et al., Appellants, *v.*
UNION PRINT WORKS, Respondent.

(Argued March 9, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 8, 1890, which affirmed a judgment in favor
of defendant entered upon a decision of the court on trial at
Special Term.

*George W. Wingate* for appellants.

*John H. V. Arnold* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

ALFRED H. SMITH et al., Respondents, *v.* HENRY CLEWS,
Appellant.

(Argued March 10, 1891; decided April 7, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made December 29, 1890, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Albert A. Abbott* for appellant.

*Charles H. Woodbury* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.